O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDGAR SANTANA, <br><br> Petitioner, <br><br> v. <br><br> KELLY SANTORO, Warden,[1] <br><br> Respondent. | Case No. 2:20-cv-03422 DSF (KES) <br><br> ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the other records on file herein, along with the Report and Recommendation of United States Magistrate Judge. No objections to the Report and Recommendation were filed, and the deadline for filing such objections has passed. The Court accepts the report, findings, and recommendations of the Magistrate Judge.

---

[1] Petitioner named Sheriff Alex Villanueva as Respondent. (Dkt. 1.) Pursuant to Rule 2(a) of the Rules Governing Section 2254 Cases in the United States District Courts, "the petition must name as respondent the state officer who has custody." Petitioner is currently incarcerated at North Kern State Prison in Delano, California. (Dkt. 20 at 8.) The Court substitutes Kelly Santoro, Warden of North Kern State Prison, as the proper Respondent. Fed. R. Civ. P. 25(d).

IT IS THEREFORE ORDERED that:

(1) Respondent's motion to dismiss the Petition (Dkt. 16) is granted;

(2) Petitioner's motion for stay and abeyance (Dkt. 20) is denied; and

(3) Judgment be entered dismissing the Petition and dismissing this action without prejudice.

DATED: December 1, 2020

/s/ Dale S. Fischer
Honorable Dale S. Fischer
UNITED STATES DISTRICT JUDGE