JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDGAR SANTANA,<br><br>        Petitioner,<br><br>   v.<br><br>KELLY SANTORO, Warden,<br><br>        Respondent. | Case No. 2:20-cv-03422 DSF (KES)<br><br>**JUDGMENT** |

    Pursuant to the Court's Order Accepting Report and Recommendation of United States Magistrate Judge,

    IT IS ADJUDGED that the Petition is dismissed and this action is dismissed without prejudice.

DATED: December 1, 2020

_____
Honorable Dale S. Fischer
UNITED STATES DISTRICT JUDGE